ARTHUR TERASAKA et al., Respondents, v. JOHN C. REHFIELD et al., Defendants, and BARNET ARLAN, Appellant.

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

THIRD DEPARTMENT, OCTOBER, 1967

(October 5, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE RICHARD DARRAH, Appellant.— Motion for extension of time to perfect appeal granted, and time extended to November 1, 1967. (Code Crim. Pro., § 535.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.